

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Todd Rash, Appellant

No. 06-24-00098-CV          v.

Scotty Berry, Kelly Berry and All Other
Occupants of 122 County Road 44450,
Paris, TX 75462, Appellee

Appeal from the County Court of Lamar
County, Texas (Tr. Ct. No. C-11937).
Panel consists of Chief Justice Stevens and
Justices van Cleef and Rambin.
Memorandum Opinion delivered by Justice
Rambin.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Todd Rash, pay all costs incurred by reason of this appeal.

RENDERED NOVEMBER 18, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk